# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INGEBORG KLEIN and KARIN KLEIN,<br><br>    Plaintiffs<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.,<br><br>    Defendants | Case No.: 2:18-cv-01424-APG-GWF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the response (ECF No. 15) to the order to show cause,

IT IS ORDERED that the order to show cause (ECF No. 14) is deemed satisfied, and I will not dismiss this action for lack of subject matter jurisdiction at this time.

DATED this 28th day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE